UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-MJ-02278-Torres

UNITED STATES OF AMERICA

vs.

DANIELLE ALSHUNTYA DELCENA THOMPSON,

    Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   **No**

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   **No**

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   *Marx P. Calderón*
      Marx P. Calderón
      Assistant United States Attorney
      Court Id No. A5502700
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305)961-9036
      Fax: (305)536-4089
      Email: Marx.Calderon@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DANIELLE ALSHUNTYA DELCENA THOMPSON,<br><br>*Defendant.* | Case No. 22-MJ-02278-Torres |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 20, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 500 grams or more of a controlled substance (cocaine). |
| 21 U.S.C. § 952(a) | Importation of 500 grams or more of a controlled substance (cocaine). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____ ID 9448
*Complainant's signature*

S.A. Miranda Ballard, HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__

Date: 2/22/22

_____
*Judge's signature*

City and state: Miami, FL          Hon. Edwin G. Torres, Chief U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Miranda Ballard, being first duly sworn, do hereby depose and state that:

AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI) in Miami, Florida, assigned to the Passenger Investigations Group 2, Miami International Airport, and have been so employed there since June 2019. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. As a Special Agent with HSI, I have participated in multiple narcotics investigations involving physical and electronic surveillance, execution of search warrants, international drug importations, and domestic drug distribution organizations.

2. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officers and personnel involved in this investigation.

3. This Affidavit is submitted in support of a criminal complaint charging Danielle Alshuntya Delcena THOMPSON with possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) and importation of a controlled substance in violation of 21 U.S.C. § 952.

4. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the proposed complaint, I have not included details of every aspect of this investigation.

FACTS IN SUPPORT OF PROBABLE CAUSE

5.  On February 20, 2022, Danielle Alshuntya Delcena THOMPSON arrived in Miami International Airport ("MIA") on flight AA1204 from San Jose, Costa Rica. THOMPSON was to connect in MIA to her final destination of Bermuda. At MIA, U.S. Customs and Border Patrol ("CBP") Officers inspected THOMPSON's luggage pursuant to a border search. CBP Officers discovered two cans, each containing a substance which tested positive for cocaine. The total weight of the two cans was 1.2 kilograms. The cans with cocaine were concealed within plastic storage containers inside of a large Crayola crayon box which was inside of THOMPSON's checked suitcase.





2

6. THOMPSON provided post-*Miranda* statements and explained that the purpose of her travel to Costa Rica was to retrieve what she believed to be wax THC and smuggle it back with her from Costa Rica to Bermuda. She stated that she was going to be paid $10,000 and reimbursed another $1,800 for her travel expenses by someone in Bermuda.

## CONCLUSION

7. Based on the facts contained herein, I believe there is probable cause to charge Danielle Alshuntya Delcena THOMPSON with possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) and importation of a controlled substance in violation of 21 U.S.C. § 952.

FURTHER AFFIANT SAYETH NAUGHT

_____
Miranda Ballard
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __22nd__ day of February 2022.

_____
HON. EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE

3